UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

UNITED STATES OF AMERICA

        -against-

RAFAT AMIROV, et al.,
——————————————————————x

Filed with Classified Information Security Officer
CISO [signature]
Date 2/24/25

S8 22 Cr. 438 (CM)

REQUEST FROM THE COURT FOR FURTHER INFORMATION/DOCUMENTS

McMahon, J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/25