

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 26, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    **United States v. Rafat Amirov et al., S8 22 Cr. 438 (CM)**

Dear Judge McMahon:

      The Government writes to respectfully notify the Court that the undersigned made a classified, *ex parte* submission to the Court, dated February 26, 2025, in response to the Court's February 24, 2025 request for further information/documents (*see* Dkt. 113).

                 Respectfully submitted,

                 MATTHEW PODOLSKY
                 Acting United States Attorney

By:           /s/
                 Jacob H. Gutwillig / Michael D. Lockard
                 Matthew J.C. Hellman
                 Assistant United States Attorneys
                 (212) 637-2215 / 2193 / 2278

cc: Defense Counsel (by ECF)