**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

Telephone 212-349-0230

By Email ~~and ECF~~

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-25
```

August 14, 2025

MEMO ENDORSED

8/20/25
The sentencings for both Amirou and Omarov are adj. to Oct 29, 2025 at 11:00 AM. As it turns out, the Court will be on trial the week of Sept. 15.

Hon. Colleen McMahon
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: U.S. v. Polad Omarov
22 Cr. 438 (CM)

Dear Judge McMahon:

We represent Polad Omarov on the above-captioned matter and we are writing to respectfully request to adjourn Mr. Omarov's sentencing, currently scheduled for September 17, 2025, until a date between October 27 and October 30, 2025, or after December 1, 2025.[1]

In a sealed *ex parte* letter submitted on June 6, 2025, Mr. Omarov's defense counsel had requested permission to travel to Georgia, Mr. Omarov's native country, to interview family members and friends in preparation for Mr. Omarov's sentencing. Your Honor granted that request. Unfortunately, these plans had to be abandoned due to military escalations in the region in June 2025, which made travel to Georgia unduly dangerous. When we informed the Court that we intended to postpone the trip to Georgia due to these safety concerns, we noted that we would monitor the situation in the region and potentially reapply if it became safe to visit the region prior to Mr. Omarov's sentencing.

On June 24, 2025, the United States, Israel and Iran entered into a ceasefire agreement, which has remained in place and been abided by all three countries. Accordingly, we believe that adequate time has passed without

---

[1] Ms. Fast and Mr. Perkins have a murder trial scheduled to commence on November 3, 2025 in Kings County Supreme Court, which is anticipated to run through the month of November.

Honorable Colleen McMahon
United States District Judge
August 14, 2025
Page 2

armed conflict that it has now become safe enough in the region to visit Georgia in preparation of Mr. Omarov's sentencing.

If the Court were inclined to grant the instant request to adjourn Mr. Omarov's sentencing, travel arrangements must be made, and defense counsel would require some amount of time after our return to incorporate materials into Mr. Omarov's sentencing submission.

We have conferred with the Government regarding this request. The Government has a strong preference for conducting a single sentencing for both Mr. Amirov and Mr. Omarov. At this time, Mr. Amirov's counsel, has stated a strong preference to proceed with Mr. Amirov's sentencing as soon as possible. Given the Government's preference for a single sentencing proceeding and Mr. Amirov's desire to be sentenced on the original date set by Your Honor, we think it appropriate to file this request for an adjournment publically so that all parties are aware of the reason for making this request and so that they know that the delay was caused by events beyond our control.

    Respectfully submitted,

    /s/ Andrew Patel
    Andrew G. Patel
    Elena Fast
    Michael Perkins
    *Counsel for Polad Omarov*

cc: All counsel of record by ECF