Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/04/2025

Caption:

UNITED STATES OF AMERICA

v.

RAFAT AMIROV AND POLAD OMAROV

Docket No.: S8 22 CR 438 (CM)

Hon. Colleen McMahon
(District Court Judge)

Notice is hereby given that RAFAT AMIROV appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on 10/29/25
                          (date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐  | trial ✓ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐

Date of sentence: 10/29/25  N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Michael W. Martin / Ian S. Weinstein |
| Counsel's Address: | Lincoln Square Legal Services, Inc. |
| | 150 W 62nd St, New York, NY 10023 |
| Counsel's Phone: | (212) 636 - 6934 |
| Assistant U.S. Attorney: | Jacob H. Gutwillig / Matthew J.C. Hellman / Michael D. Lockard |
| AUSA's Address: | United States Attorney's Office Southern District of New York |
| | 86 Chambers Street, 3rd Floor New York, NY 10007 |
| AUSA's Phone: | (212) 637- 2193 / 2278 / 2215 |

*(signature)*
Signature